**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **DAVID M. BRACEY** | : |
|       **Debtor** | : NO. 19-10789-amc |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for John M. Kenney, Esquire, counsel for the Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on January 21, 2020, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on  February 11, 2010  at  11:00 a.m. in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before  February 4, 2020  .

**Date: January 23, 2020**

                                                              HONORABLE ASHELY M. CHAN
                                                              United States Bankruptcy Judge

cc:   John M. Kenney, Esquire
       308 N. Oxford Valley Road
       Fairless Hills, PA 19030

David M. Bracey
275 Frost Lane
Newtown, PA 18940

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105